UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**REGIONS BANK,**

  **Plaintiff,**

v.                   Case No.: 8:16-cv-2867-23AAS

**MARVIN I. KAPLAN, et al.,**

  **Defendants.**
_____/

## ORDER

  Before the Court is Defendants Marvin I. Kaplan, Kathryn Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, BNK Smith, LLC, and MIK Advanta, LLC's Motion for Extension of Time to Respond to Regions Bank's Discovery Requests (Doc. 108). No response has been filed and the time for doing so has passed.

  On May 24, 2017, Plaintiff propounded Requests for Production on Defendants. Due to volume of responsive documents, Defendants request an additional 30 days to review and respond to the requests. The Court finds this brief extension of time is reasonable as it will not unduly prejudice the parties or the Court and is not being done for purposes of delay.

  Accordingly, upon consideration, it is **ORDERED** that Defendants Marvin I. Kaplan, Kathryn Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, BNK Smith, LLC, and MIK Advanta, LLC's Motion for Extension of Time to Respond to Regions Bank's Discovery Requests (Doc. 108) is **GRANTED**. Defendants' responses to Plaintiff's Requests for Production are due by **July 24, 2017**. All other deadlines remain in effect.

**DONE AND ORDERED** in Tampa, Florida on this 11th day of July, 2017.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge