UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama
banking corporation,

    Plaintiff,

v.                                                          Case No.: 8:16-cv-2867-T-23AAS

MARVIN I. KAPLAN, and individual;
et al.,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Consent Motion to Seal Confidential Documents Pursuant to Agreed Protective Order Dated January 30, 2017 (Doc. 116), and the Kaplan Parties' Memorandum in Support of Filing of Exhibits Under Seal (Doc. 120). Plaintiff moves for an order permitting it to file under seal the following exhibits filed as attachments to Plaintiff's Notice of Filing in Support of Memorandum Opposing K. Kaplan's Motion to Amend Amended Answer and Affirmative Defenses (Doc. 118):

- Exhibit A. K. Kaplan's Answers to Interrogatories dated July 24, 2017.
- Exhibit B. Chase Account statement xxx8577 for K. Kaplan dated April 27, 2016 May 25, 2016.
- Exhibit C. P&Y internal memo notation of a wire transfer receipt for $720,000.
- Exhibit D. P&Y's application of $504,312.11 of funds to pay Kaplan I invoices.
- Exhibit E. P&Y check for legal fees for Kaplan I for $504,312.11.

Plaintiff is requesting to file the above-listed documents under seal because they contain personal financial information or were designated as "confidential" by the Kaplan Defendants

1

pursuant to an Agreed Protective Order. (Doc. 116, p. 3). Considering the nature of the documents, the undersigned finds that sealing of Exhibits B-E is appropriate. However, as the Kaplan Defendants concede, Exhibit A should not be filed under seal. (Doc. 120, p. 2).

Accordingly and upon consideration, it is **ORDERED** that:

(1)  Plaintiff's Consent Motion to Seal Confidential Documents Pursuant to Agreed Protective Order Dated January 30, 2017 (Doc. 116) is **GRANTED in part and DENIED in part**.

(2)  The Clerk is **DIRECTED** to place the above-listed Exhibits B-E under seal, pursuant to Local Rule 1.09, M.D. Fla. This Order shall not extend beyond one year, but the parties may move the Court to extend this timeframe by, prior to the expiration of this Order, filing a motion pursuant to Local Rule 1.09(c), M.D. Fla.

(3)  The request to seal Exhibit A is **DENIED**. The Clerk is **DIRECTED** to place Exhibit A on the public docket.

**DONE AND ORDERED** in Tampa, Florida on this 25th day of September, 2017.

*[signature]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge